**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Allstate Insurance Company, | NO. C 03-05127 JW |
| Plaintiff(s), | **ORDER GRANTING MOTION TO VACATE JUDGMENT** |
| v. | |
| Timothy Chodera, Sandra Chodera, Laura Beauchesne, and Richard Beauchesne | |
| Defendant(s). | |

The unopposed motion to vacate the judgment is GRANTED. The Judgment dated September 27, 2004 is ordered VACATED.

Dated: September 21, 2005

03cv5127vacate

/s/James Ware
JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bradley A. Bening bab@wsblaw.net
Bryan Matthew Kreft bmk@wsblaw.net
Cynthia L. Mellema cmellema@sonnenschein.com
David W. Lively dwl@olimpia-whelan-lively.com
John Leland Williams jlw@sonnenschein.com
Peter R. Soares psoares@sonnenschein.com

Richard B. Beauchesne
6133 Country Club Parkway
San Jose, Ca 95138

Richard B. Beauchesne
6114 La Salle Avenue, No. 368
Oakland, Ca 94611

**Dated: September 22, 2005**              **Richard W. Wieking, Clerk**

                                           **By:   /s/JW Chambers**
                                                   **Ronald L. Davis**
                                                   **Courtroom Deputy**